IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TROY D. ITSKIN, | : |
| Plaintiff, | : |
| | : Case No. 2:10-CV-689 |
| v. | : Judge Sargus |
| | : Magistrate Judge Deavers |
| GLORIA D. GIBSON, | : |
| Defendant. | : |

### ENTRY OF DISMISSAL WITH PREJUDICE

By agreement of the parties hereto and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the claims of Plaintiff previously pled or which could have been pled and the counterclaims of Defendant pled or which could have been pled are hereby DISMISSED with prejudice.

_____ 10-23-2012
JUDGE SARGUS

APPROVED BY:

_____
Michael J. Johrendt (0022283)
JOHRENDT LAW
250 E. Broad Street, Suite 200
Columbus, OH 43215
Telephone No.: (614) 464-0082
Facsimile No.: (614) 463-1296
e-mail: mjohrendt@johrendtlaw.com

Counsel for Plaintiff Troy D. Itskin

_[signature]_

Stephen A. Moyer (0025211)
9 E. Kossuth Street
Columbus, OH 43206
Telephone No.: (614) 444-2000
Facsimile No.: (614) 444-5883
e-mail: moyerlaw@rrohio.com

Counsel for Defendant Gloria D. Gibson

2